NEW ENGLAND SAVINGS BANK *v.*
DENNIS P. NICOTRA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 11352), is granted, limited to the following issue:

"Whether an order for disbursements of the receiver's funds prior to vesting of title and assessment of a deficiency is an appealable interlocutory order?"

The Supreme Court docket number is SC 14652.

*Thomas G. Benneche,* in support of the petition.

*Kellie J. Garner,* in opposition.

Decided December 3, 1992

---

MORRIS SILVERSTEIN'S APPEAL FROM PROBATE

The petitioner Morris Silverstein's petition for certification for appeal from the Appellate Court, 29 Conn. App. 904, is denied.

*Morris Silverstein,* pro se, in support of the petition.

Decided December 3, 1992

---

ANGELIKA PAPAGORGIOU *v.* ANGELO
ANASTOPOULOS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 29 Conn. App. 142 (AC 10380), is denied.

*Diane Polan,* in support of the petition.

*Angelika Papagorgiou,* pro se, in opposition.

Decided December 14, 1992